FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 JUL 30 AM 10: 00

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. KOFOED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue the trial of this case (Filing No. 51). Defendant's attorney, Steve Lefler, has filed an affidavit in support of the motion (Filing No. 52). The government has advised the Court that it has no objection. Accordingly,

IT IS ORDERED that defendant's motion to continue to the trial is granted. The trial is continued to:

**Monday, August 31, 2009, at 9:00 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Based on counsel's statement of reasons in his affidavit, the Court finds the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 30, 2009, and August 31, 2009, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 30th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge

United States District Court