# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:09CR142-LES-FG3 |
| | ) | |
| **DAVID W. KOFOED,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the magistrate judge on the defendant's "Motion to Produce Darnell Kush's FBI 1023 Reports" (Doc. 45). In response (Doc. 57), the government offered to provide copies of the reports to the court, under seal, for an *in camera* determination whether any of the information contained in the reports is subject to disclosure. The court finds that an *in camera* review is appropriate in this instance.

**IT IS ORDERED** that counsel for the United States shall deliver copies of the reports to my chambers, no later than **3:00 PM on Monday, August 17, 2009**. The documents will be kept under seal.

DATED August 14, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**