IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR142-LES-FG3 |
| | ) | |
| DAVID W. KOFOED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the magistrate judge on the defendant's "Motion to Produce Darnell Kush's FBI 1023 Reports" (Doc. 45).  The court has conducted an *in camera* review of the documents in question and finds that the documents do not contain any exculpatory information and are not subject to disclosure pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).  Nor are the documents subject to disclosure under Fed. R. Crim. P. 16, the Jencks Act, or *Giglio v. United States*, 405 U.S. 150 (1972).

**IT IS ORDERED** that defendant's Motion (Doc. 45) is denied.

**DATED August 18, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**