IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. KOFOED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 27), recommending that defendant's motion to declare Title 18, United States Code, Sections 1341 and 1346 unconstitutional (Filing No. 15) should be denied. The defendant has filed an objection to the report and recommendation (Filing No. 36).

The Court has conducted a *de novo* review of the defendant's motion, the brief in support of his motion (Filing No. 17), the response of the government to defendant's initial brief (Filing No. 23), and plaintiff's response to the objections of the magistrate judge's report (Filing No. 41). The Court finds the report and recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

      2) Defendant's objections to the report and recommendation of the magistrate judge are overruled;

      3) Defendant's motion to declare Title 18 United States Code, Sections 1341 and 1346 unconstitutional is denied.

      DATED this 20th day of August, 2009.

                            BY THE COURT:

                            /s/ Lyle E. Strom

                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court