IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. KOFOED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 69), in which it is recommended that defendant's motion to declare 18 U.S.C. § 1519 unconstitutional (Filing No. 47) be denied.

The defendant has filed an objection to the report (Filing No. 80). However, no basis for the objection was stated and no brief was filed in support of the objection. The Court has reviewed plaintiff's response (Filing No. 82) and has conducted a *de novo* review of the magistrate judge's report and recommendation. The Court finds that the report and recommendation should be approved and adopted by the Court. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted.

2) Defendant's objection is overruled.

3) Defendant's motion to declare 18 U.S.C. § 1519 unconstitutional is denied.

DATED this 26th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court