IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR142 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF ACQUITTAL |
| DAVID W. KOFOED, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant having entered a plea of not guilty as to Counts I - IV of the indictment, and the jury having found the defendant not guilty,

IT IS ORDERED that judgment of acquittal is entered as to Counts I - IV of the indictment and the defendant is discharged as to these counts.

DATED this 11th day of September, 2009.

BY THE COURT:

s/ Lyle E. Strom, Senior Judge
United States District Court