IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR142 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID W. KOFOED, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of John Ferak, Omaha World Herald Reporter (Filing No. 118), requesting a transcript of David Kofoed's entire testimony and for a copy of any resumes that Kofoed provided to the Court for trial purposes. There is no provision to furnish the transcript without cost, and Mr. Ferak should make appropriate arrangements with the official court reporter if he desires to purchase the transcript.

Further, all exhibits have been returned to the parties. Therefore, the Court cannot provide copies of any resumes pertaining to Mr. Kofoed. Accordingly,

IT IS ORDERED:

1) The motion for transcript by a non-party is granted to the extent that Mr. Ferak should make appropriate arrangements with the official court reporter.

2) Mr. Ferak's request for copies of any resumes of Mr. Kofoed is denied as the Court no longer has custody of any exhibits.

DATED this 21st day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court